Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ALEXA RAE BOCKMIER,

        Defendant.

No. CR16-164RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

The Amended Appearance Bond executed August 21, 2017, is modified to remove the condition that Defendant participate in and successfully complete inpatient treatment.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 16th day of February, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

   */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1